A. D. Marlow, Plaintiff in Error, v. The State of Florida, Defendant in Error.

## In Banc.

Writ of error to Circuit Court, Marion county; William S. Bullock, Judge.

R. B. Bullock for plaintiff in error.

No appearance for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed on motion of counsel for the plaintiff in error.